BEFORE:  JOAN M. AZRACK  DATE: 2/8/2017
UNITED STATES DISTRICT JUDGE  TIME: 11:00 AM (15 min)

# CRIMINAL CAUSE FOR STATUS CONFERENCE

**DOCKET NO. 16-cr-540 (JMA)**

**FILED**
**CLERK**
2/8/2017 11:21 am
**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**DEFENDANT: Edward Mangano**  **DEF. #: 1**
☒ Present   ☐ Not present   ☐ Custody   ☒ Bail
**DEFENSE COUNSEL: Kevin Keating**
☐ Federal Defender   ☐ CJA   ☒ Retained

**DEFENDANT: Linda Mangano**  **DEF. #: 2**
☒ Present   ☐ Not present   ☐ Custody   ☒ Bail
**DEFENSE COUNSEL: John Carman**
☐ Federal Defender   ☐ CJA   ☒ Retained

**DEFENDANT: John Venditto**  **DEF. #: 3**
☒ Present   ☐ Not present   ☐ Custody   ☒ Bail
**DEFENSE COUNSEL: Marc Agnifilo, Joshua Kirshner**
☐ Federal Defender   ☐ CJA   ☒ Retained

**AUSA: Catherine Mirabile, Lara Gatz, Ray Tierney**

PROBATION OFFICER/PRETRIAL:

COURT REPORTER: Ellen Combs          COURTROOM DEPUTY: LMP

☒ Case Called.          ☒ Counsel present for all sides.
☐ Initial Appearance and Arraignment held.
☐ Defendant waives public reading of the Indictment and enters a plea of not guilty.
☒ Waiver of speedy trial executed; time excluded from 2/8/2017 through 4/5/2017.
☐ Order setting conditions of release and bond entered.
☐ Permanent order of detention entered.
☐ Temporary order of detention entered.
   ☐ Detention hearing scheduled for  .
☐ Bail hearing held.  Disposition:
☒ Next court appearance scheduled on 4/5/2017 at 10:00 AM before Judge Azrack.

Defendant   ☐ Released on Bond   ☐ Remains in Custody.

OTHER: Jury selection and trial scheduled for 1/15/2018.