UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------X
USA,

        Plaintiff(s),

  -against-

MANGANO, et al.,
        Defendant(s).
------------------------------------------------X

**RECUSAL ORDER**
CR16-540 (JMA)

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ SEP 11 2017 ★

LONG ISLAND OFFICE

The undersigned hereby recuses himself from this matter pursuant to 28 U.S.C. § 455 (a) and it is requested that the Clerk of the Court reassign this matter to a Magistrate Judge from the Long Island wheel.

SO ORDERED

Dated: Central Islip, New York
      September 11, 2017

                          /s/ Gary R. Brown
                        GARY R. BROWN
                        United States Magistrate Judge