# *LAW OFFICES OF KEVIN J. KEATING*

| | | |
|---|---|---|
| **KEVIN J. KEATING, ESQ** | 666 OLD COUNTRY ROAD | MANHATTAN OFFICE: |
| ———— | SUITE 900 | 1140 AVENUE OF THE AMERICAS |
| | GARDEN CITY, NEW YORK 11530-2004 | 9TH FLOOR |
| Stefani Goldin, Esq. | (516) 222-1099 | NEW YORK, N.Y. 10036 |
| Of Counsel | Fax: (516) 745.0844 | |
| | | |
| Laura O'Neil | kevin@kevinkeatinglaw.com | |
| Paralegal | | |

November 27, 2018

**VIA ECF**

United States Attorney's Office
Eastern District of New York
610 Federal Plaza
Central Islip, NY 11722
Attn:   AUSA Catherine Mirabile
        AUSA Lara Treinis Gatz
        AUSA Christopher Caffarone


                Re:     *United States v. Edward Mangano, et al.*
                        <u>Criminal Docket No. 16-540</u>

Counsel:

        I enclose an executed Stipulation with regard to draft transcripts to be disclosed to the defense. However, I have deleted "line sheets" from the Stipulation, as I believe I am entitled to these materials without qualification. Please consider this a demand for the production of *all* line sheets from the 30-day Singh wiretap.

                                        Very truly yours,

                                        KEVIN J. KEATING


Enclosure
cc: All Counsel
KJK/cn

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

– – – – – – – – – – – – – – – – – – –X

UNITED STATES OF AMERICA

                                                           **STIPULATION**

    - against -

                                             16–CR-540 (S-2) (JMA)

EDWARD MANGANO and
LINDA MANGANO,

               Defendants.

– – – – – – – – – – – – – – – – – – –X

       The parties hereby STIPULATE AND AGREE as follows:

       1.     Draft transcripts, ~~including line sheets~~, provided to the defendants by the United States, or copies, redacted copies, or any portions thereof ("Draft Transcripts") shall not be used in any proceeding by any person, including persons who are not parties to this case;

       2.     The use of any Draft Transcripts by the defendants is limited to trial preparation for this case and the Draft Transcripts may not be used at trial by the defendants in any form or for any purpose whatsoever, including use in cross-examination of any witnesses;

       3.     Draft Transcripts may not be furnished, directly or indirectly, by the defendants or defense counsel to anyone who has not signed this stipulation, other than legal staff of an attorney who has signed this stipulation if such persons agree not to furnish the Draft Transcripts to others;

4.      All Draft Transcripts, including all copies of such transcripts, whether in the possession of defense counsel or the defendants, will be returned to the United States when final transcripts are provided by the United States.

Dated: November 20, 2018
       Central Islip, New York

                                                    RICHARD P. DONOGHUE
                                                    United States Attorney
                                                    Eastern District of New York
                                                    610 Federal Plaza
                                                    Central Islip, New York 11722

                                    By:     _____
                                                    Catherine M. Mirabile
                                                    Lara Treinis Gatz
                                                    Christopher C. Caffarone
                                                    Assistant United States Attorneys
                                                    (631) 715-7850/7913/7868

AGREED AND STIPULATED TO:

_____
Kevin Keating, Esq.
Attorney for Edward Mangano


_____
John Carman, Esq.
Attorney for Defendant Linda Mangano