

U.S. Department of Justice

United States Attorney
Eastern District of New York

CCC:CMM
F. #2015R02148

*610 Federal Plaza*
*Central Islip, New York 11722*

January 7, 2021

<u>By ECF</u>

The Honorable Joan M. Azrack
United States District Judge
United States District Court
Eastern District of New York
924 Federal Plaza
Central Islip, New York 11722

   Re: United States v. Mangano et ano.
     <u>Criminal Docket No. 16-540 (S-2) (JMA)</u>

Dear Judge Azrack:

  The government is in receipt of the Court's Order setting February 12, 2021 as the deadline for filing objections to the Presentence Reports ("PSR"). The government requests that this Court also order that, along with his objections to the PSR, the defendant Edward Mangano also provide the United States Probation Department with updated employment and earnings information. <u>See</u> *Ed Mangano Working At Oheka Castle, Owner Gary Melius Says*, Newsday, December 4, 2020 ([https://www.newsday.com/long-island/oheka-mangano-melius-1.50082579](https://www.newsday.com/long-island/oheka-mangano-melius-1.50082579)).

Thank you for consideration of this request.

Very truly yours,

SETH D. DuCHARME
Acting United States Attorney

By:   /s/
Catherine M. Mirabile
Lara Treinis Gatz
Christopher C. Caffarone
Assistant U.S. Attorneys
(631) 715-7850 / 7913 / 7868

cc:   Counsel of Record via ECF

Lisa A. Langone
Senior United States Probation Officer